No. 292, Misc.   BAILEY *v.* WARDEN, MARYLAND PENI-
TENTIARY.   Motion for leave to file petition for writ of
habeas corpus denied.

No. 397.   GAUNT *v.* UNITED STATES.   C. A. 1st Cir.
Certiorari denied.   *William L. McGovern* and *Bert B.
Rand* for petitioner.   *Solicitor General Perlman, Assist-*
*ant Attorney General Caudle, Ellis N. Slack, Fred G.
Folsom* and *John R. Benney* for the United States.

No. 408.   CENTRAL STATES ELECTRIC CORP. *v.* AUS-
TRIAN ET AL., TRUSTEES, ET AL.;
   No. 409.   CHASE *v.* AUSTRIAN ET AL., TRUSTEES, ET AL.;
   No. 410.   BERNER *v.* AUSTRIAN ET AL., TRUSTEES, ET
AL.; and
   No. 411.   KELLY COMMITTEE FOR HOLDERS OF 6% PRE-
FERRED STOCK OF THE CENTRAL STATES ELECTRIC CORP.
*v.* AUSTRIAN ET AL., TRUSTEES, ET AL.   C. A. 4th Cir.
Certiorari denied.   *Thomas B. Gay* for petitioner in No.
408.   *George E. Allen* for petitioner in No. 409.   *T. Ro-
land Berner, pro se,* petitioner in No. 410.   *Thomas F.
Boyle* for petitioner in No. 411.   *Solicitor General Perl-
man, John F. Davis, Roger S. Foster* and *Manuel F. Cohen*
for the Securities & Exchange Commission; and *Saul J.
Lance, Walter H. Brown, Jr., Lewis C. Williams, Thomas
C. Egan, George Rosier, Victor Brudney* and *Francis E.
Walter* for Austrian et al., respondents.   Reported below:
183 F. 2d 879.

No. 419.   DuBAN, EXECUTRIX, ET AL. *v.* FEDERAL DE-
POSIT INSURANCE CORPORATION.   C. A. 3d Cir.   Certiorari
denied.   *A. D. Bruce, Edwin Hall, 2nd,* and *Harry J.*

*Alker, Jr.* for petitioners. *Allen S. Olmsted, 2nd,* and *Edwin C. Emhardt* for respondent.

No. 441. RIGGS DEVELOPMENT CO. ET AL. *v.* DISTRICT OF COLUMBIA. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Jacob N. Halper* for petitioners. *Vernon E. West, Chester H. Gray* and *Harry L. Walker* for respondent.

No. 405. TAYLOR *v.* TENNESSEE. Supreme Court of Tennessee. Certiorari denied. *L. E. Gwinn* for petitioner. *Roy H. Beeler,* Attorney General of Tennessee, *W. F. Barry, Jr.,* Solicitor General, and *J. Malcolm Schull,* Assistant Attorney General, for respondent.

No. 263, Misc. LA COCO *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. *Charles A. Bellows* for petitioner.

No. 287, Misc. GOODMAN *v.* SWENSON, WARDEN. Court of Appeals of Maryland. Certiorari denied.

No. 290, Misc. ODDO *v.* FOSTER, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 32. GREAT ATLANTIC & PACIFIC TEA CO. *v.* SUPERMARKET EQUIPMENT CORP., *ante,* p. 147. Rehearing denied.

No. 391. BAILEY *v.* WEST VIRGINIA, *ante,* p. 905. Rehearing denied.

No. 81, Misc., October Term, 1949. EAGLE *v.* CHERNEY ET AL., 338 U. S. 837. Fourth petition for rehearing denied.